IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JARROD D. PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:17CV299 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, DEPARTMENT OF CORRECTIONS, ROBERT MADSEN, Warden of NSP Prison, Official capacity, RICHARD BRITTENHAM, Captain, NSP Prison, Official capacity, DR. J. CHE, NSP Doctor, Official capacity, DOCTOR T. CHAMBERLAIN, NSP Doctor, Official capacity, and DR. H. DEOL, Deputy Director of Medical, Official capacity, | ) | **ORDER** |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's Motion to File Supplemental Pleadings (Filing No. 9) is DENIED for the reason that this matter is in the initial-review stage, and Plaintiff has been ordered to file a Supplemental Complaint *without* attached evidence. Plaintiff will have the opportunity to file such evidence if this case progresses past the initial-review stage and if either party files a motion for summary judgment.

DATED this 9th day of November, 2017.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge